# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

UNITED STATES OF AMERICA

                                    Plaintiff,

v.                                                                            Case No.: 1:22–cr–00115
                                                                           Honorable John Robert Blakey

Michael J. Madigan, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 30, 2022:

      MINUTE entry before the Honorable John Robert Blakey: Oral agreed motion to waive the appearance of the Defendants at the next status hearing is granted. Oral agreed motion to proceed via telephone under the oral CARES motion is also granted. This Order memorializes the required findings under CARES Act § 15002(b)(1), Pub. L. No. 116–136, 134 Stat. 281. By General Order, including General Order 20–0022 dated 3/30/2021, the Chief Judge has found that certain criminal proceedings cannot be conducted in person in this district without seriously jeopardizing public health and safety. As such, further delay would not be in the interests of justice in this case, and pursuant to Section 15002(b)(1), and with the consent of the defendants, the hearing will proceed by way of teleconferencing. Counsel shall call into 877–402–9753 and utilize participant code 9955840. Time previously excluded to 4/1/2022. Mailed notice (gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.