JUDGE BLAKEY
MAGISTRATE JUDGE COLE
22-CR-115
GJ 393

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | Jantz |
|---|---|---|---|
| CASE NUMBER | 22 CR 115 | DATE | 12 OCTOBER 2022 |
| CASE TITLE | U.S. v. MICHAEL J. MADIGAN, et al | | |

**DOCKET ENTRY TEXT**     **UNDER SEAL**

### Grand Jury Proceeding

The Grand Jury for ___SPECIAL APRIL 2021___ the Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge ___Betty W. Jantz___

BOND PREVIOUSLY ISSUED IN 22 CR 115 TO STAND AS BOND IN THIS INSTANCE AS TO BOTH DEFENDANTS.

THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY'S ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, AND THE DOCKET NUMBER ASSIGNED TO THIS CASE.

ABSENT FURTHER ORDER OF THE COURT, THIS INDICTMENT IS TO BE UNSEALED ON FRIDAY, OCTOBER 14, 2022 AT 7:50am (CST).

SIGNATURE OF JUDGE ___Betty W. Jantz___ (ONLY IF FILED
or MAGISTRATE JUDGE                                UNDER SEAL)

Courtroom Deputy Initials: 

FILED
10/12/2022    LM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Page 1 of 1