### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) ) ) | Case No: 22 CR 115-2 |
| v. | ) ) ) | Magistrate Judge Jeffrey Cole |
| Michael F. McClain, | ) ) ) | |
| Defendant. | ) | |

## **ORDER**

    Arraignment proceedings held 11/1/22. By agreement and consent of all the parties and pursuant to the CARES Act, all parties appeared by telephone conference today. Defendant waives his appearance at the arraignment. Defendant waives formal reading and pleads not guilty. A plea of not guilty is entered on all counts of the superseding indictment. 16.1 (A) Conference by 11/8/22. Status hearing set before Judge Blakey on 11/17/22 at 1:00pm. Time is excluded from 11/1/22 through 11/17/22 in the interest of justice and for the filing of any pretrial motions pursuant to 18 USC §3161(h)(7)(A)(B) and 18 USC §3161(h)(1)(D). Defendant shall remain on bond as provided in Judge Blakey's prior Order on 4/1/22.

(T:02)

Date: 11/1/22

                                                        Jeffrey Cole
                                                United States Magistrate Judge