# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                         Plaintiff,

v.                                                  Case No.: 1:22−cr−00115
                                                    Honorable John Robert Blakey

Michael J. Madigan, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 24, 2024:

      MINUTE entry before the Honorable John Robert Blakey: Counsel's agreed motion to set Daubert motion hearings are granted and the Court sets the following dates: August 7, 2024 1:30 p.m. for former Alderperson Michele Smith, and August 29, 2024 at 11:00 a.m. for Professor Dick Simpson. Both hearings will be held in Courtroom 1203. Time previously excluded to 10/8/2024. Mailed notice (gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.