# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                            Case No.: 1:22−cr−00115
                                                Honorable John Robert Blakey

Michael J. Madigan, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 2, 2024:

      MINUTE entry before the Honorable John Robert Blakey:Oral agreed motion to reset Daubert hearing as to former Alderperson Michele Smith is granted. Daubert hearing previously set for 8/7/2024 is reset for 8/26/2024 at 10:00 a.m. in Courtroom 1203. Oral motion to reset deadlines is also granted. Trial−related motions in limine by all parties shall be filed on or before 8/28/2024, with responses due on or before 9/9/2024. The parties' Joint Pretrial Memorandum shall be filed on or before 8/28/2024. All other deadlines and hearings to stand. Time previously excluded to 10/8/2024. Mailed notice (gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.